FEB-07-2006 09:29 AM   CLEMONS                        301 297 8713            P.01

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF MENTAL HEALTH



TO:     Antoinette Quander
        CT3B, Room 146
FROM:   Edward I. Kushner, M.D. *Edward I. Kushner, M.D.*

DATE:   July 6, 2005

SUBJECT: Apology

On July 28, 2005 while Dr. Abrams and I were talking to you, I used the term "lynch". I deeply regret the use of this term and ashamed that I said that. Please accept my apology.