**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Antoinette Quander-Clemons** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Civil Action No.: 06-227(PLF)** |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION**
**TO EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**

Defendant, the District of Columbia by and through undersigned counsel, Assistant

Attorney General Nicola N. Grey, with consent of plaintiff, hereby moves this Court to grant an

extension of time to answer or file responsive pleading to the Complaint.  As reasons therefore,

the Defendants represent as follows:

1.      Plaintiff filed suit on or about February 8, 2006.  The Summons was then served

on the Mayor of the District of Columbia on or about February 24, 2006**.**  The Office of Attorney

General on or about February 24, 2004.

2.      An answer or responsive pleading to the Complaint is due on March 16, 2006.

3.      Undersigned counsel was assigned this matter on March 3, 2006.

4.      To respond to this complaint Defendant requires additional time to investigate

Plaintiff's claims, prepare an appropriate answer or other responsive pleading to Plaintiff's

Complaint, and obtain and review records kept at the District of Columbia Department of Mental

Health ("DMH").

5.      On March 10, 2006, undersigned counsel made a request for Plaintiff's employment records and other records relevant to Plaintiff's claims.  The request was forwarded to the Department of Mental Health. To date, this Office has not received any records.

6.      Due to the aforementioned, undersigned counsel will not have an opportunity to prepare a response to the Complaint consistent with F.R.C.P. Rule 11, prior to April 13, 2006.

7.      Counsel is requesting additional time to answer or file responsive pleading on or before April 13, 2006.

8.      The Plaintiff is not prejudiced by the granting of this Motion.

9.      Undersigned counsel has contacted, Jimmy A. Bell, attorney for Plaintiff, and he indicated he has no objection to the Court granting this Motion.

WHEREFORE, for the reasons stated herein, Defendant requests additional time to answer or file responsive pleading.

Dated: March 15, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____

HOLLY JOHNSON
Chief, General Litigation Section III

_____/s/_____

NICOLA N. GREY
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
(202) 724-6626
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Antoinette Quander-Clemons | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Civil Action No.: 06-227(PLF)** |
| **DISTRICT OF COLUMBIA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION**
**TO EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**

1.    Fed. R. Civ. P. 6(b)(1).

2.    The inherent powers of this Court.

3.    The reasons stated in the Defendant District of Columbia's Consent Motion for an

Extension of Time to answer or file responses pleading to the Complaint.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

                    _____/s/_____
                    HOLLY JOHNSON
                    Section Chief, General Litigation Section III

_____/s/_____
NICOLA N. GREY
Assistant Attorney General
Sixth Floor
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Antoinette Quander-Clemons | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | Civil Action No.: 06-227(PLF) |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

Upon consideration of the Defendant's Motion to Extend the Time to File Answer or

Responsive Pleading, the Memorandum in Support thereof, and the facts and law considered, it

is hereby;

**ORDERED** that the Defendant's Motion to Extend the Time to File Answer or

Responsive Pleading, is hereby **GRANTED**; and it is

**FURTHER ORDERED** that an answer or responsive pleading shall be completed on or

before April 13, 2006.

_____
The Honorable John M. Campbell
Superior Court for the District of Columbia

copies to:

Nicola N. Grey
Assistant Attorney General
441 4th Street, NW  Rm. 6S074
Washington, D.C. 20001


Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772