### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINETTE QUANDER-CLEMONS : | |
| Plaintiff, : | |
| : | Case No. 1:06-cv-00227-PLF |
| v. : | |
| DISTRICT OF COLUMBIA, : | |
| Defendant. : | |

### PLAINTIFF ANTOINETTE QUANDER-CLEMONS CONSENT MOTION TO EXTEND DISCOVERY FOR SIXTY DAYS

COMES NOW, Plaintiff Antoinette Quander-Clemons, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., with consent of Defendant District of Columbia, and hereby respectfully submits this Consent Motion to Extend Discovery for Sixty Days. For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Discovery in this matter is set to close on November 8, 2006.

3. The parties in this case have been diligently conducting discovery.

4. The parties in this case have yet to complete discovery due to the volume of discovery demands and the availability of the objects of both parties' discovery request(s).

5. The parties agree that more time will be needed to complete discovery in the above-captioned case.

6. Plaintiff contacted Nicola Grey, Esq. on October 6, 2006 who gave her consent to the immediate motion.

7. This matter will not be unduly delayed by the extension discovery for sixty (60) days.

WHEREFORE, for the reason of all of the foregoing, Plaintiffs respectfully pray this court GRANT Plaintiffs' Motion to Extend Discovery for Sixty Days.

                                          Respectfully submitted,

                                    _____/s/_____
                                    Jimmy A. Bell, Esq.
                                    Law Office of Jimmy A. Bell, P.C.
                                    9610 Marlboro Pike
                                    Upper Marlboro, MD 20772
                                    (301) 599-7620 (Tel)
                                    (301) 599-7623 (Fax)
                                    Bar No. 14639

Case 1:06-cv-00227-PLF     Document 9     Filed 10/05/2006     Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE QUANDER-CLEMONS** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 1:06-cv-00227-PLF |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendant.** : | |

### **ORDER**

Upon consideration of Plaintiffs' Motion to Extend Discovery for Sixty Days, Defendant's consent thereto, and the interests of justice, Plaintiffs' Motion to Extend Discovery for Sixty Days is hereby GRANTED and it is ORDERED, that discovery in this matter shall be extended by sixty (60) days.

SO ORDERED, this ___ day of October 2006.

_____
United States District Court Judge