IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINETTE QUANDER-CLEMONS : | |
| Plaintiff, : | |
| : | Case No. 1:06-cv-0227 |
| v. : | |
| DISTRICT OF COLUMBIA, : | |
| Defendant. : | |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE
SETTLEMENT CONFERENCE SET FOR NOVEMBER 28, 2006**

COMES NOW, Plaintiffs Antoinette Quander-Clemons, by and through the undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), and with consent of Defendant's Counsel, for an order continuing the settlement conference scheduled for November 28, 2006. For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6 (b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. A settlement conference in the above-captioned case is scheduled to be heard on November 28, 2006.

3. Counsel for Plaintiff was scheduled to be at trial in U.S. District Court for the District of Maryland in *International Nite Life Enterprises, Inc., v. Jack Johnson*, et al. (Case No. 06-cv-2581) on November 20, 2006 and November 21, 2006.

4. Unexpectedly, the *Int'l Nite Life* trial was not concluded on November 21, 2006.

5. At the conclusion of the *Int'l Nite Life* proceedings on November 21, 2006, Judge

       Garbis ordered that counsel for all parties clear their schedules on November 28, 2006 to complete the *Int'l Nite Life* trial.

6. Counsel for Plaintiff in the instant case is also counsel for Plaintiff in *Int'l Nite Life*.

7. Counsel for the Plaintiff contacted Counsel for the Defendant, Nicola Grey, on November 22, 2006, and Defendant consented to Plaintiff's instant motion.

8. Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

9. The parties, based on their busy calendars, request that the Court re-schedule the settlement conference scheduled for November 28, 2006 for sometime in early 2007.

WHEREFORE, Plaintiff requests that this Court grant her Consent Motion to Continue the Settlement Conference scheduled for November 28, 2006.

                                                                     Respectfully submitted,

                                                                  _____/s/_____
                                                                   Jimmy A. Bell, Esq.
                                                                   Law Office of Jimmy A. Bell, P.C.
                                                                   9610 Marlboro Pike
                                                                   Upper Marlboro, MD 20772
                                                                   (301) 599-7620
                                                                   (301) 599-7623 (fax)
                                                                   *Counsel for Plaintiffs*
                                                                   Bar # MD 14639

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTOINETTE QUANDER-CLEMONS** : | |
| : | |
| **Plaintiff,** : | |
| : | **Case No. 1:06-cv-0227** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion, Defendant's consent thereto, and in the interests of justice, it is this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion to Continue the Settlement Conference set for November 28, 2006 shall be, and hereby is, GRANTED.

_____
United States District Court Judge