UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTOINETTE QUANDER-CLEMONS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0227 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) | |
| Defendants. | ) | |

## ORDER

This case was referred to Magistrate Judge Facciola for settlement discussions in May of 2006. The Court understands that the parties have reached an agreement and are in the process of completing the necessary paperwork. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2008